IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HELENE MYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-676-D |
| ) | |
| STATE OF OKLAHOMA, ex rel. ) | |
| OKLAHOMA DEPARTMENT ) | |
| OF HUMAN SERVICES; DEBRA ) | |
| CLOUR, in her individual capacity ) | |
| as Area III Director, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Order granting Defendants' Motions for Summary Judgment, judgment is hereby entered in favor of Defendants and against Plaintiff.

Entered this 28th day of June, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE